IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LARRY DEAN GARRETT, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:16-CV-990-WKW |
| ) | [WO] |
| RANDOLPH COUNTY SHERIFF'S ) | |
| DEPARTMENT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On March 2, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 12.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 12) is ADOPTED;

2. This case is DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i).

A final judgment will be entered separately.

DONE this 23rd day of March, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE